IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WOODFORD EURASIA ASSETS     :
LTD, MC HOLDINGS GROUP, LLC,:
ALD HOLDINGS GROUP, LLC, and :
RD HOLDINGS GROUP, LLC,     :
                            :
            Plaintiffs,     :
                            :
        v.                  :          C.A. No.  23-1317-GBW
                            :
LOTTERY.COM, INC., MATTHEW :          **JURY TRIAL DEMANDED**
MCGAHAN, BARNEY BATTLES,    :
CHRISTOPHER GOODING,        :
PAUL JORDAN, and TAMER      :
HASSAN,                     :
                            :
            Defendants. :
                            :

## NOTICE OF VOLUNTARY
## DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), Plaintiffs Woodford Eurasia Assets Ltd., MC Holdings, LLC, ALD

Holdings, LLC, and RD Holdings, LLC hereby provide notice of dismissal of all

claims without prejudice against Defendants Lottery.com, Matthew McGahan,

Barney Battles, Christopher Gooding, Paul Jordan, and Tamer Hassan in this action.

No answer or other responsive pleading has been filed by the Defendants.  Each or

the Parties shall bear their own costs and attorneys' fees.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Kelly E. Rowe*
Samuel T. Hirzel (# 4415)
Kelly E. Rowe (# 6199)
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7315
shirzel@hegh.law
krowe@hegh.law
*Attorneys for Plaintiffs Woodford Eurasia*
*Asset Ltd, MC Holdings, LLC, ALD*
*Holdings LLC, and RD Holdings, LLC*


OF COUNSEL:

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
John D. Nielsen
Jonathan J. Walsh
Felix Gilman
101 Park Avenue
New York, New York 10178-0061

Dated:  February 14, 2024